# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

**MEMO ENDORSED**

June 2, 2025

*Plaintiff's request is **GRANTED**, and the proposed briefing schedule listed below is adopted.*

*The Clerk of Court is kindly directed to close the gavel associated with ECF No. 11.*

**VIA ECF**

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 6/3/2025

        Re:    *Vargas v. Commissioner of Social Security*
                Civil Action No. 7:25-cv-01365-VR

Dear Judge Reznik,

    We write on behalf of our client, Christopher Vargas, with the consent of the defense, to request a 60-day extension to file his motion for judgment on the pleadings which is currently due on June 4, 2025, per the Court's February 18, 2025 Standing Scheduling Order. This is the parties' first request for an extension. Plaintiff's counsel needs additional time due to a heavy caseload in the next several weeks.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **August 4, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **October 3, 2025**; and

- Plaintiff to file his reply, if any, on or before: **October 17, 2025.**

Honorable Victoria Reznik
June 2, 2025
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)